IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-CR-171 |
| vs. | : | JUDGE THOMAS M. ROSE |
| NATHAN GODDARD | : | |
| Defendant. | : | |

### MOTION TO FILE UNDER SEAL

Now comes the undersigned Counsel for Nathan Goddard and respectfully moves the Court for an Order permitting Counsel to file Ex-Parte and Under Seal, a Motion for Travel Orders, regarding the Mitigation Expert in the above referenced case.

Respectfully submitted,

/s/Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Defendant
121 S. Main Street, Suite 520
Akron, Ohio 44308
Telephone: (330) 253-0785
Facsimile: (330) 253-7432
Email: don@ohiodefensefirm.com


/s/Tamara S. Sack
Tamara S. Sack (OSC#0071163)
Attorney for Defendant
130 West Second Street, Suite 310
Dayton, Ohio 45402
Ph: (513) 225-2887
Tsacklaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Motion to File Under Seal, utilizing the United States District Court's E-Filing CM/ECF system. on the 18th day of February 2020.

/s/Tamara S. Sack
Tamara S. Sack