IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19-cr-171 |
| | : | |
| v. | : | |
| | : | UNITED STATES' RESPONSE TO |
| NATHAN GODDARD, ET AL., | : | MOTION TO EXTEND DEADLINE |
| | : | |
| Defendants. | : | |

The United States has no objection to Defendant Nathan Goddard's Motion to Extend

Deadline (ECF No. 65).

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/ Dominick S. Gerace
DOMINICK S. GERACE (OH 0082823)
BRENT G. TABACCHI (6276029)
Assistant United States Attorneys
ERIN LEIGH CLAYPOOLE
Special Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
dominick.s.gerace@usdoj.gov
brent.tabacchi@usdoj.gov
ClaypooleE@mcohio.org

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of November, 2020, I filed the foregoing using the

Court's CM/ECF system, which will send notification of this filing to all counsel of record.


s/ Dominick S. Gerace
DOMINICK S. GERACE (OH 0082823)
Assistant United States Attorney