UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHAN GODDARD, *et al.*,

    Defendants.

Case No. 3:19-cr-171

District Judge Michael J. Newman

---

**ORDER: REQUIRING COUNSEL TO ADVISE THE COURT WITHIN 10 DAYS OF RECEIVING A DECISION FROM THE DEPARTMENT OF JUSTICE**

---

This criminal case came before the Court for a status conference on May 5, 2021. Donald Malarcik and Tamara Sack were present on behalf of Nathan Goddard. Dennis Lieberman was present on behalf of Cahke Cortner. Dominic Gerace, Erin Claypoole, and Christina Mahy were present on behalf of the government. Counsel for Lionel Combs, III was unable to attend at the last minute due to another matter. Parties were advised to contact the Court if another conference is needed.

The Court was advised that the May deadline for submitting mitigation materials to the government was met, and counsel is now waiting for a decision from the Department of Justice concerning the death penalty. The government advised that they also expect to be able to meet the October deadline for filing the notice of intent to seek or not seek the death penalty. Counsel for all sides advised the Court that no Court intervention is needed in any matter. The Court **ORDERS** counsel to advise the Court within 10 days once they receive a decision from the Department of Justice. Mr. Lieberman made an oral motion for bond reconsideration for his client. The Court heard oral argument from Mr. Lieberman and took the matter under advisement.

**IT IS SO ORDERED.**

Date: May 12, 2021

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge