IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:19CR171 |
| | : | |
| v. | : | Judge Michael J. Newman |
| | : | |
| NATHAN GODDARD, ET AL., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States hereby notifies the Court and defendant Nathan Goddard that the United

States will not seek a sentence of death against Nathan Goddard for the charges contained in the

Indictment.[1]

Respectfully submitted,

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

By:  s/Dominick S. Gerace
    DOMINICK S. GERACE
    BRENT G. TABACCHI
    Assistant United States Attorneys
    ERIN LEIGH CLAYPOOLE
    Special Assistant United States Attorney
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Telephone: (937) 225-2910
    Fax: (937) 225-2564
    Dominick.S.Gerace@usdoj.gov
    Brent.Tabacchi@usdoj.gov
    ClaypooleE@mcohio.org

---

[1]The Attorney General's decision letter, dated September 30, 2021, is attached as Exhibit 1 to
this Notice.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served on all parties of record this 1st

day of October 2021 via the Court's ECF System.


                                                   s/Dominick S. Gerace
                                                   DOMINICK S. GERACE
                                                   Assistant United States Attorney