

# Office of the Attorney General
## Washington, D. C. 20530

September 30, 2021

Mr. Vipal J. Patel
Acting United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Dear Mr. Patel:

    You are authorized and directed not to seek the death penalty against Nathan Goddard.

Sincerely,

Merrick B. Garland
Attorney General

**EXHIBIT 1**