IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-CR-00171 |
| vs. | : | |
| | | JUDGE MICHAEL J. NEWMAN |
| NATHAN GODDARD | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS LOCAL COUNSEL

Now comes Local Counsel, Tamara Sack, for the Defendant herein and respectfully moves the Court to allow me to withdraw, upon appointment of successor Local Counsel.

## MEMORANDUM IN SUPPORT

As grounds for this Motion, I, the undersigned Local Counsel for Mr. Goddard, have a family matter out of State that requires me to move. I do not expect to return to Dayton, Ohio and expect to leave on or before July 31, 2022.

In light of the scheduling of Mr. Goddard's case, it is not possible for me to remain on as his Local Counsel. To be sure, I especially apologize for any inconvenience this request entails. However, I will continue to perform all necessary duties of Local Counsel until such time that successor Local Counsel is appointed. As well, I have all of the Discovery and Defense Case Materials maintained in orderly and indexed files that will be immediately available to successor Counsel, making the transition as smooth as practicable.

Respectfully submitted,

/s/ Tamara S. Sack
Tamara S. Sack, (0071163 Ohio)
CJA/Local Counsel for Nathan Goddard
130 W. Second St., Suite 1700
Dayton, Ohio 45402
Ph: (513) 225-2887
Tsacklaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I filed the foregoing Motion to Withdraw as Local Counsel, by utilizing the CM/ECF filing system maintained by the Clerk of Court for the United States District Court.

/s/Tamara S. Sack
Tamara S. Sack, 0071163
CJA/Local Counsel for Nathan Goddard