UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHAN GODDARD, *et al.*,

    Defendants.

Case No. 3:19-cr-171

District Judge Michael J. Newman

---

**ORDER: (1) SETTING A MOTION *IN LIMINE* DEADLINE OF DECEMBER 16, 2022; (2) SETTING A FINAL PRETRIAL CONFERENCE FOR JANUARY 11, 2023 AT 10:00 A.M. IN COURTROOM 4; AND (3) SETTING TRIAL TO BEGIN ON JANUARY 30, 2023 AT 9:30 A.M.**

---

This criminal case is before the Court after a preliminary conference held on November 1, 2022. Attorneys for the Government and Defendants participated. As noted at the conference, the Court agreed to set a motion *in limine* deadline. The Court shall also schedule a Final Pretrial Conference. Moreover, after having further reflected on the matter, the Court finds that this trial will require a significant period of uninterrupted time. Accordingly, the Court schedules trial to begin on **January 30, 2023 in Courtroom 4 at 9:30 a.m.** The dates are as follows:

| | | |
|---|---|---|
| 1. | Motion *in Limine* Deadline | **December 16, 2022** |
| 2. | Final Pretrial Conference | **January 11, 2023 at 10:00 a.m. in Courtroom 4** |
| 3. | Trial Date | **January 30, 2023 at 9:30 a.m. in Courtroom 4** |

The parties are directed to Judge Newman's Criminal Standing Order for further guidance.

    **IT IS SO ORDERED.**

  November 8, 2022                          s/Michael J. Newman
                                                     Hon. Michael J. Newman
                                                     United States District Judge