UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                              Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et al.*,                        District Judge Michael J. Newman

    Defendants.

## ORDER SETTING A BRIEFING SCHEDULE

       This criminal case is before the Court after a telephone conference held on November 14, 2022.  At the telephone conference, counsel asked the Court to: (1) cancel the trial date; (2) permit briefing on a possible motion for recusal; and (3) adopt the following dates, proposed and agreed to by counsel, for briefing on their possible motion.  The Court **ORDERS** Defendants to submit their motion for recusal, if they choose to do so, by **November 21, 2022**.  The Government shall submit its response **on or before December 12, 2022**.  Defendants shall then have until **on or before December 27, 2022** to submit their reply.

       **IT IS SO ORDERED.**

Date:   November 15, 2022                                  s/ Michael J. Newman
                                                                            Hon. Michael J. Newman
                                                                             United States District Judge