UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et al.*,               District Judge Michael J. Newman

    Defendants.

---

**ORDER AFFIRMING THIS COURT'S PRIOR SCHEDULING ORDER (Doc. No. 160)**

---

This criminal case is before the Court prior to the anticipated trial date of April 3, 2023. In the interest of clarity, the Court hereby **CONFIRMS** its prior scheduling order. *See* Doc. No. 160. Accordingly: (1) the motion *in limine* deadline is **February 27, 2023**; (2) the final pretrial conference is **March 21, 2023 at 10:30 a.m. in Courtroom 4**; and (3) trial is set to begin on **April 3, 2023 at 9:30 a.m.** The parties are directed to Judge Newman's Criminal Standing Order for further guidance.

    **IT IS SO ORDERED.**

  January 23, 2023                                s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge