UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHAN GODDARD, *et al.*,

    Defendants.

Case No. 3:19-cr-171

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO VACATE, OR IN THE ALTERNATIVE, EXTEND THE CURRENT MOTION IN LIMINE DEADLINE (Doc. No. 165); (2) RESETTING THE MOTIONS IN LIMINE DEADLINE TO JUNE 26, 2023; AND (3) CONFIRMING THAT TRIAL OF THIS CASE WILL BEGIN ON AUGUST 7, 2023 AT 9:30 A.M.**

---

The Court hereby **GRANTS** the Government's unopposed motion to vacate, or in the alternative, extend the current motion in limine deadline (May 26, 2023) for 30 days. Doc. No. 165. The parties shall file their motions in limine, if any, by **June 26, 2023**.

In addition, the Government reports, "should the Court grant this motion, the pending August 2023 trial date may be impacted …." *Id*. at PageID 973-74. The Court **CONFIRMS** that trial of this case will begin on **August 7, 2023 at 9:30 a.m.**

    **IT IS SO ORDERED.**

May 25, 2023

                                                        s/*Michael J. Newman*
                                                       Hon. Michael J. Newman
                                                       United States District Judge