UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et al.*,           District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT ORAL MOTION TO CONTINUE; (2) VACATING THE PRIOR CASE SCHEDULE (Doc. No. 171); (3) EXCLUDING THE TIME FROM JULY 31, 2023 TO OCTOBER 1, 2023 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS NOVEMBER 13, 2023; AND (5) SETTING A STATUS CONFERENCE FOR SEPTEMBER 12, 2023 AT 5:00 PM**

---

This criminal case comes before the Court after a status conference held on July 31, 2023. During the conference, the parties jointly moved for a continuance while the Sixth Circuit considers the pending petition for a writ of mandamus. The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendants the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Thus, the Court hereby **GRANTS** the parties' joint oral motion to continue and **VACATES** the prior case schedule (Doc. No. 171). The time from July 31, 2023 until October 1, 2023 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United

States must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **November 13, 2023**.[1]  The Court sets a telephone status conference for **September 12, 2023 at 5:00 p.m.**  Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

    **IT IS SO ORDERED.**

   July 31, 2023                                                  s/Michael J. Newman
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their proposed Speedy Trial Act calculation and deadline.