UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et al.*,                 District Judge Michael J. Newman

    Defendant.

---

## ORDER SCHEDULING A *LAFLER* HEARING FOR JANUARY 25, 2024 AT 4:15 P.M.

---

    This criminal case comes before the Court following a telephone status conference on January 23, 2024.  Attorneys Donald J. Malarcik and Jacob Thomas Will appeared on behalf of Defendant Nathan Goddard, and AUSAs Brent Tabacchi, Christina Mahy, Amy Smith, and Erin Claypoole appeared on behalf of the Government.  During the conference, the parties and the Court discussed the status of the case as to Defendant Goddard.  All parties agreed that the best next step would be to hold a best case/worst case hearing, pursuant to *Lafler v. Cooper*, 566 U.S. 156, 164 (2012), and *Missouri v. Frye*, 566 U.S. 134, 146 (2012), otherwise known as a *Lafler* hearing.

    Thus, the Court hereby **SCHEDULES** a *Lafler* hearing for January 25, 2024 at 4:15 P.M.

    **IT IS SO ORDERED.**

January 23, 2024                                        s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge