UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et al.*,                District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) SCHEDULING THE FINAL PRETRIAL CONFERENCE FOR FEBRUARY 16, 2024 AT 2:00 P.M.; AND (2) REMINDING COUNSEL OF FEBRUARY 15, 2024 DUE DATE TO SUBMIT FILINGS NECESSARY FOR TRIAL**

---

This criminal case is scheduled for trial on **February 26, 2024**. Accordingly, the Court **SCHEDULES** the final pretrial conference for **February 16, 2024 at 2:00 P.M.** in Courtroom 1. Additionally, the following filings must be submitted to the Court **NO LATER THAN February 15, 2024**:

1. Motions of any kind, including motions *in limine*;
2. Original and copies of Exhibits;
3. An Agreed Joint Statement of the Case;
4. Stipulations; and
5. Proposed jury instructions.

**IT IS SO ORDERED.**

February 5, 2024                                        s/Michael J. Newman
                                                              Hon. Michael J. Newman
                                                              United States District Judge