UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:19-cr-171

vs.

NATHAN GODDARD, *et. al.*,           District Judge Michael J. Newman

    Defendants.

## ORDER CONCERNING TRIAL EXPECTATIONS

This criminal case is scheduled for trial February 26, 2024. To minimize distraction and ensure the preservation of each Defendant's constitutional rights, the Court hereby adopts the following guidelines:

1. Like all criminal trials, this trial is a public Court proceeding. Any members of the public who wish to attend the trial are entitled and encouraged to do so.
2. While there is no formal dress code to attend a Court hearing, viewers will be **PROHIBITED** from wearing clothing with any images, messages, lettering, etc. beyond a brand name or logo.
3. Disruptions to the proceedings will not be tolerated.
4. Cell phones and other electronic devices must be put away and silenced at all times while Court is in session.
5. It is against federal law to record a federal Court proceeding. Absolutely no photographic, video, or audio recordings are permitted.
6. Failure to comply with these guidelines will result in removal from the Court proceeding.

**IT IS SO ORDERED.**

  February 16, 2024                                s/*Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge