UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:19-cr-171(1)

vs.

NATHAN GODDARD,                         District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER ON THE ISSUE OF RESTITUTION; (2) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY OCTOBER 1, 2024; AND (3) SETTING A BRIEFING SCHEDULE ON RESTITUTION**

---

This criminal case is before the Court prior to Defendant Nathan Goddard's ("Defendant") sentencing hearing scheduled for September 16, 2024.  At issue is the amount of restitution, if any, to be ordered in this case.  As of today's date, the parties have not advised the Court how much restitution is being sought, and whether not Defendant objects to that requested amount.  Accordingly, the Court cannot decide the restitution issue at this time.

The Court **ORDERS** counsel for the parties to meet and confer for the purpose of resolving any and all remaining restitution issues.  Counsel shall file a joint status report by **October 1, 2024** informing the Court whether any restitution issues remain.

If the parties do not come to an agreement, the Government and Defendant shall both brief the amount of restitution owed on Counts 4, 6, and 10 under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A.  Those briefs, **not to exceed 10 pages**, shall be filed **on or before October 11, 2024**.  The Court will make a final determination on restitution within 90 days after sentencing

and shall retain jurisdiction in the interim for that limited purpose.  18 U.S.C. § 3664(d)(5).

**IT IS SO ORDERED.**

September 13, 2024                     s/*Michael J. Newman*
                                       Hon. Michael J. Newman
                                       United States District Judge