UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:19-cr-171(1)

vs.

NATHAN GODDARD,                      District Judge Michael J. Newman

    Defendant.

---

### ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY OCTOBER 7, 2024

---

    This case is before the Court following the parties' failure to file a joint status report by October 1, 2024 as required by the Court's Order on restitution. Doc. No. 269. Briefs on restitution are due on October 11, 2024. *Id.* Accordingly, the Court **REQUIRES** the parties to file a joint status report by **close of business on October 7, 2024** and include whether the parties plan to pursue restitution. The parties are reminded that the Court must rule on all restitution issues by **December 15, 2024**. *See* 18 U.S.C. § 3664(d)(5).

    **IT IS SO ORDERED.**

October 3, 2024                                           s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                     United States District Judge